Case 2:07-cr-02018-SMJ    Document 425    Filed 08/22/16

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2016

SEAN F. McAVOY, CLERK

United States of America
v.
ERNESTO V. PERALES

Case No: CR-07-2018-2
USM No: 12242-085

Date of Original Judgment: 03/13/2018
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Andrea K. George
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 03/13/2018 months **is reduced to** 150.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/13/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/22/2016

*Fred Van Sickle*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Fred L. Van Sickle    Senior Judge, U.S. District Court
*Printed name and title*